AO 245D (Rev. 02/18) Judgment in a Criminal Case for Revocations
Sheet 1
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

AUG 29 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| RODNEY BRYANT | |

Case No. 4:13CR00197-007 BSM
USM No. #27914-009

Christophe Tarver
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1 through 7 and 9  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory | Use of a controlled substance | 04/19/2018 |
| 2 - Standard (7) | Use of a controlled substance | 04/19/2018 |
| 3 - Standard (5) | Failure to maintain employment | 01/05/2018 |
| 4 - Standard (9) | Association with convicted felon | 04/19/2018 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  8  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5562

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:
Little Rock, Arkansas

08/29/2018
Date of Imposition of Judgment

Signature of Judge

Brian S. Miller, U.S. District Judge
Name and Title of Judge

8-29-18
Date

DEFENDANT: RODNEY BRYANT
CASE NUMBER: 4:13CR00197-007 BSM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Special (2) | Failure to participate in substance abuse treatment | 07/26/2018 |
| 6 - Special (3) | Failure to participate in mental health treatment | 03/12/2018 |
| 7 - Special (4) | Failure to pay special assessment | 04/12/2018 |
| 8 - Mandatory | Commitance of another federal, state, or loacl crime | 07/23/2018 |
| 9 - Standard (11) | Failure to notify probation of arrest | 08/21/2018 |

AO 245D (Rev. 02/18) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: RODNEY BRYANT
CASE NUMBER: 4:13CR00197-007 BSM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

6 months w/ no supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on 09/28/2018 .
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL